**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jorge AVENA–PARDO, Defendant— Appellant.**

**No. 06–10400.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 6, 2008.

John Zachary Boyle, USPX—Office of The U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. Macpherson, Esq., The Macpherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: HAWKINS, RAWLINSON and M. SMITH, Circuit Judges.

MEMORANDUM **

Jorge Avena–Pardo appeals from his jury-trial conviction and the 384–month sentence imposed for conspiracy to commit hostage taking and hostage taking, in violation of 18 U.S.C. § 1203, using and carrying a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), and harboring illegal aliens for financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(B)(i).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Avena–Pardo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** appellant's pro se motion for substitute counsel is **DENIED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.